


# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| OAK BROOK ACADEMY OF MUSIC & ART, L | § | Case No. 09-47399 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    KENNETH S. GARDNER
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/25/2013 in Courtroom 4016,
    DuPage County Courthouse
    505 N. County Farm Rd.
    Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2013      By: KENNETH S. GARDNER
                  Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
OAK BROOK ACADEMY OF MUSIC & § Case No. 09-47399
ART, L
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,086.45 |
| and approved disbursements of | $ | 2,051.46 |
| leaving a balance on hand of[1] | $ | 3,034.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,258.65 | $ 0.00 | $ 1,258.65 |
| Trustee Expenses: GINA B. KROL | $ 40.18 | $ 0.00 | $ 40.18 |
| Other: International Sureties Ltd. | $ 5.39 | $ 5.39 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,298.83 |
| Remaining Balance | | $ | 1,736.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 415,003.28  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LEAF | $ 15,236.39 | $ 0.00 | $ 63.74 |
| 000002 | 2601-2607 W. 22nd Street, LLC | $ 399,039.64 | $ 0.00 | $ 1,669.38 |
| 000003 | Commonwealth Edison Company | $ 727.25 | $ 0.00 | $ 3.04 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,736.16 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-47399-DRC
Oak Brook Academy of Music & Art, LTD.                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2              Date Rcvd: Jan 10, 2013
                              Form ID: pdf006         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2013.
 db           +Oak Brook Academy of Music & Art, LTD.,   C/O Jimmy Molina,   425 Walnut Creek Lane, #1104,
                Lisle, IL 60532-1900
14850831      +2601-2607 W. 22nd Street, LLC,   2607 W. 22nd St., Suite 48,   Oak Brook, IL 60523-4631
14850832      #AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
14850833       Comcast Cable,   P.O. Box 3001,   Southeastern, PA 19398-3001
14850835       Dex,   PO Box 660835,   Dallas, TX 75266-0835
14850836      +Harris Bank,   17W695 Roosevelt Rd.,   Oakbrook Terrace, IL 60181-3545
14850837      +Ice Mountain Direct #216,   6661 Dixie Hwy, Suite 4,   Louisville, KY 40258-3950
14850838      +LEAF,   P.O. Box 644006,   Cincinnati, OH 45264-0309
14850840      +Ridge Business Center,   500 W. Northwest Hwy.,   P.O. Box 888,
                Arlington Heights, IL 60006-0888
14850843      +Thomas W. Conlkin, Jr.,   Conklin & Conklin, LLC,   53 W. Jackson Blvd., Suite 1150,
                Chicago, IL 60604-3763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14850834       E-mail/Text: legalcollections@comed.com Jan 11 2013 02:03:53     ComEd,   PO Box 6111,
                Carol Stream, IL 60197-6111
15254717      +E-mail/Text: legalcollections@comed.com Jan 11 2013 02:03:53     Commonwealth Edison Company,
                Bankruptcy Department,   3 Lincoln Center,   Oakbrook Terrace, IL 60181-4204
14850839       E-mail/Text: bankrup@aglresources.com Jan 11 2013 01:59:21     Nicor Gas,   P.O. Box 2020,
                Aurora, IL 60507-2020
14850841       E-mail/Text: appebnmailbox@sprint.com Jan 11 2013 02:01:43     Sprint,   PO Box 4191,
                Carol Stream, IL 60197-4191
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14850842      ##The Hartford,   Commercial Programs Center,   308 Farmington Ave.,   06032-1913
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2013**              **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: acox              Page 2 of 2            Date Rcvd: Jan 10, 2013
                              Form ID: pdf006         Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2013 at the address(es) listed below:

        Faith  Dolgin    on behalf of Interested Party    Illinois Department Of Transportation
         faith.dolgin@illinois.gov
        Gina B Krol     gkrol@cohenandkrol.com,
         gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
         jcohenattorney@aol.com;gkrol@cohenandkrol.com
        Kathleen  Vaught    on behalf of Debtor    Oak Brook Academy of Music & Art, LTD. attykv@yahoo.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                              TOTAL: 7